| | | |
|---|---|---|
| Label Matrix for local noticing<br>0540-4<br>Case 21-41811<br>Eastern District of Texas<br>Sherman<br>Wed Dec 22 11:26:42 CST 2021 | Jeffery Wayne Alexander<br>924 Edgefield Trail<br>Flower Mound, TX 75028-1305 | Laura Marie Alexander<br>924 Edgefield Trail<br>Flower Mound, TX 75028-1305 |
| American Express<br>P.O. Box 9223<br>Farmington, MI 48333-9223 | (p)AMERICOLLECT INC<br>PO BOX 2080<br>MANITOWOC WI 54221-2080 | CMRE Financial Services<br>3075 E. Imperial Hwy, Ste 200<br>Brea, CA 92821-6753 |
| Capital One<br>P.O. Box 60599<br>City of Industry, CA 91716-0599 | Care Credit/Synchrony Bank<br>P.O. Box 965036<br>Orlando, FL 32896-5036 | Cavalry Investments, LLC<br>500 Summit Lake Drive, Ste 400<br>Valhalla, NY 10595-2321 |
| Credit Systems Internatioanl<br>1277 Country Club Lane<br>Fort Worth, TX 76112-2304 | Carey D. Ebert<br>P. O. Box 941166<br>Plano, TX 75094-1166 | Equiant Financial Services<br>Global Exchange<br>5401 N. Pima Road, Ste 150<br>Scottsdale, AZ 85250-2630 |
| Freedom Mortgage<br>P.O. Box 7230<br>Pasadena, CA 91109-7230 | HSN/Synchrony Bank<br>P.O. Box 965036<br>Orlando, FL 32896-5036 | Helzberg/Comenity<br>P.O. Box 182789<br>Columbus, OH 43218-2789 |
| Hyundai Capital America<br>4000 MacArthur Blvd., Ste 1000<br>Newport Beach, CA 92660-2544 | (p)JPMORGAN CHASE BANK N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 | Kohl's/Capone<br>P.O. Box 3115<br>Milwaukee, WI 53201-3115 |
| PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | Theda Whittington Page<br>The Page Law Firm, P.C.<br>1125 Legacy Dr.<br>Suite 320<br>Frisco, TX 75034-1943 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 |
| Qualtrust Credit Union<br>P.O. Box 165448<br>Irving, TX 75016-5448 | Radiology Associates of North Texas<br>816 W. Cannon Street<br>Fort Worth, TX 76104-3146 | Sacred Cross EMS<br>P.O. Box 447<br>Krum, TX 76249-0447 |
| Southwest Diagnostic Imaging<br>8230 Walnut Hill Lane, Ste 100<br>Dallas, TX 75231-4472 | TD Auto Finance<br>P.O. Box 16035<br>Lewiston, ME 04243-9517 | Tesla/Solar City<br>3055 Clearview Way<br>San Mateo, CA 94402-3709 |
| Texas Health Physicians Group<br>612 E. Lamar Blvd.<br>Arlington, TX 76011-4121 | Texas Radiology Associates<br>1820 Preston Park Blvd., Ste 2400<br>Plano, TX 75093-3716 | The Page Law Firm, P.C.<br>1125 Legacy Drive, Suite 320<br>Frisco, TX 75034-1943 |

| | | |
|---|---|---|
| U.S. Attorney General<br>Department of Justice<br>Main Justice Building<br>10th & Constitution Ave., NW<br>Washington, DC 20530-0001 | US Trustee<br>Office of the U.S. Trustee<br>110 N. College Ave.<br>Suite 300<br>Tyler, TX 75702-7231 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Americollect<br>1851 S. Alverno Road<br>Manitowoc, WI 54221 | JPMorgan Chase<br>P.O. Box 15369<br>Wilmington, DE 19850 | Portfolio Recovery Associates, LLC<br>120 Corporate Blvd.<br>Norfolk, VA 23502 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

End of Label Matrix
Mailable recipients   31
Bypassed recipients    1
Total                 32